UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LAWRENCE BURKHART, | Case No. CV 08-3623-GAF(RC) |
| Plaintiff, | |
| vs. | ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| DR. FREDERICO BANALES, PH.D., M.D.; DR. GABRIELLE PALADINO, PH.D., M.D., | |
| Defendants. | |

   Pursuant to 28 U.S.C. Section 636, the Court has reviewed the complaint along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a de novo determination.

   IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; and (2) the action is found to be untimely, and the complaint and action are dismissed on that ground.

//
//
//

1    IT IS FURTHER ORDERED that the Clerk shall serve copies of
2 this Order and the Magistrate Judge's Report and Recommendation by
3 the United States mail on the plaintiff.

4

5 DATED: March 26, 2009

6                                    _____
7                                         GARY A. FEESS
                                     UNITED STATES DISTRICT JUDGE

8 R&Rs\08-3623.ado
  12/19/08

2