UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LAWRENCE BURKHART,<br><br>    Plaintiff,<br>vs.<br><br>DR. FREDERICO BANALES, PH.D., M.D.; DR. GABRIELLE PALADINO, PH.D., M.D.,<br><br>    Defendants. | ) Case No. CV 08-3623-GAF(RC)<br>)<br>)<br>)  JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

IT IS ADJUDGED that Judgment be entered dismissing the complaint and action as untimely.

DATED: March 26, 2009

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

R&Rs\08-3623.jud
12/19/08